IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-03283-RPM

GREAT LAKES REINSURANCE (UK) PLC,

    Plaintiff,

v.

GOCB, LLC,

    Defendant.

_____

ORDER SETTING ASIDE ENTRY OF DEFAULT
_____

On January 30, 2015, the defendant filed a motion to set aside the Clerk's entry of default of January 7, 2015, [Doc. 8]. The plaintiff filed a motion for default judgment on January 20, 2015, [Doc. 10]. The defendant having shown good cause, it is

ORDERED that the default entered by the Clerk on January 7, 2015, is set aside. The motion for default judgment is denied. The defendant shall have to and including February 9, 2015, within which to file a response to the complaint.

DATED: February 2nd, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge